UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER WILLIAMS, et al.,

          Plaintiffs,

     v.

DISCOVER BANK,

          Defendant.

Case No.  19-cv-07167-RS

**STANDBY ORDER OF DISMISSAL**

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 18, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 25, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      **IT IS SO ORDERED.**

Dated:  April 22, 2020

_____

Richard Seeborg
United States District Judge

United States District Court
Northern District of California