| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | ARJUN P. RAO (State Bar No. 265347) |
| 2 | SHERI GUERAMI (State Bar No. 265231) |
| | 2029 Century Park East, 18th Floor |
| 3 | Los Angeles, CA 90067-3086 |
| | Telephone: 310.556.5800 |
| 4 | Facsimile:  310.556.5959 |
| | Email:     lacalendar@stroock.com |
| 5 | |
| 6 | Attorneys for Defendant |
| | DISCOVER BANK |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WILLIAMS, ALEXANDER WILLIAMS, | Case No. 3:19-cv-07167-RS |
| Plaintiffs, | [Assigned to the Hon. Richard Seeborg] ORDER |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT DISCOVER BANK** |
| DISCOVER BANK, | |
| Defendant. | Action Filed:    September 19, 2019 |
| | Action Removed:  October 30, 2019 |

IT IS STIPULATED AND AGREED, by and between defendant Discover Bank ("Discover"), and plaintiffs Jennifer Williams and Alexander Williams ("Plaintiffs" and, together with Discover, the "Parties") through their respective counsel:

1. That the claims asserted by Plaintiffs against Discover in this action be dismissed with prejudice; and

2. The Parties shall bear their own attorneys' fees and costs.

Dated: May 22, 2020

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
SHERI GUERAMI

By: /s/ Sheri Guerami
    Sheri Guerami

Attorneys for Defendant
DISCOVER BANK

Dated: May 31, 2020

JENNIFER WILLIAMS

By: [signature]
    Jennifer Williams

Plaintiff in Pro Per

Dated: May 31, 2020

ALEXANDER WILLIAMS

By: [signature]
    Alexander Williams

Plaintiff in Pro Per

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 2, 2020

[signature]
Hon. Richard Seeborg
United States District Court Judge

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT DISCOVER BANK
Case No.: 3:19-cv-07167-RS

LA 52321131

– 1 –